UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENDALL LAVANON BURTON, | Case No. 2:15-cv-08917 AG (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| J. FITTER, P. FINANDER, AND P. SHANK, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

   (1) Defendants' Motion to Dismiss [Dkt. 41] is GRANTED

   (2) the First Amended Complaint is dismissed without leave to amend; and

///

///

(3) Judgment shall be entered dismissing this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: December 27, 2016

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2