# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LAVANON BURTON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>J. FITTER, P. FINANDER, AND P. SHANK,<br><br>　　　　Defendants. | Case No. 2:15-cv-08917 AG (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

　　**IT IS ADJUDGED THAT** this action is dismissed.

DATE: December 27, 2016　　　　　　　_____

　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE